THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD B. SCHWARTZ, BERNARD H. PALLANT, EDMUND TENNER and LEOPOLD WOLF, Appellants.

Argued May 27, 1946; decided July 23, 1946.

*Theodore Kiendl, William R. Meagher* and *Abraham J. Gellinoff* for Edward B. Schwartz, appellant.

*Louis Okin* for Bernard H. Pallant, appellant.

*Leo C. Fennelly* for Edmund Tenner and Leopold Wolf, appellants.

*Frank S. Hogan, District Attorney (Whitman Knapp, Richard G. Denzer, Wyllys S. Newcomb* and *Samuel C. Cantor* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE and FULD, JJ.